34

## Harry Danison, Appellee, v. Dorothy Brosmore, Appellant.

Gen. No. 43,338.

Heard in the first division, first district, this court at the February term, 1945; opinion filed April 30, 1945; rehearing denied May 14, 1945; released for publication May 14, 1945. Murphy & Dieringer, for appellant; William T. Murphy and Henry W. Dieringer, of counsel; Coghlan & Coghlan, for appellee; Malachy J. Coghlan and John P. Coghlan, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.